EXHIBIT 1

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

NOV - 6 2012

PATRICIA PRESLEY, COURT CLERK
by_____ DEPUTY

| | |
|---|---|
| Trung Phi, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: |
| The Insurance Company of Hartford, | ) |
| Defendant. | ) |

CJ-2012-6993

### PETITION

COMES NOW the Plaintiff and for his cause of action against the Defendant, alleges and states the following particulars, to-wit:

1. That the Defendant has issued multiple policies of uninsured motorist coverage to the Plaintiff, providing coverage for uninsured and underinsured motorists;

2. That on or about the 26th day of December, 2011, the Plaintiff was involved in an automobile accident with an uninsured driver;

3. That as a result of the accident the Plaintiff suffered serious and permanent injuries to his body and has incurred medical expenses in excess of $23,000.00;

4. That the negligence of the uninsured individual was the sole and proximate cause of the Plaintiff's injuries;

5. The Plaintiff has made a demand upon the uninsured motorist carrier (the Hartford) for payment of benefits under the policy;

6. That the Hartford has made an offer, which wholly fails to compensate the Plaintiff for his injuries and Hartford has, therefore, violated its policy provisions and has been negligent in its processing of this claim;

7. That the actions of Hartford are willful and in bad faith and, therefore, subjecting the Hartford to punitive damages under the laws of the State of Oklahoma;

8. That the Plaintiff's injuries and damages far exceed the policy limits available under the uninsured limits and, therefore, Plaintiff prays judgment for the policy limits;

9. In addition to the policy limits, the Plaintiff prays that he be awarded punitive damages in an amount in excess of $75,000.00.

WHEREFORE PREMISES CONSIDERED the Plaintiff prays for judgment over and against the Defendant for damages in excess of policy limits and punitive damages in an amount in excess of $75,000.00, costs, reasonable attorney's fee, interest, and such other and further relief as the Court may deem proper.

Respectfully submitted,

_____
C. Scott Beuch, OBA #767
2201 N. Classen Blvd.
Oklahoma City, OK 73106
(405) 524-4333
(405) 524-4337 Facsimile
ATTORNEY FOR PLAINTIFF