# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRUNG PHI,            )<br>                       )<br>   Plaintiff,       )<br>                       )<br>v.                     )<br>                       )<br>PROPERTY AND CASUALTY )<br>INSURANCE COMPANY OF  )<br>HARTFORD,              )<br>                       )<br>   Defendant.      )  | Case Number: CIV-12-1336-HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Trung Phi, and Defendant, Property and Casualty Insurance Company of Hartford, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All parties to bear their respective attorney fees and costs.

Dated this 16th day of August, 2013.

Respectfully submitted,

| | |
|---|---|
| s/ Clayton B. Bruner | s/ C. Scott Beuch |
| Gerard F. Pignato, OBA No. 11473 | *(Signed by filing attorney with permission)* |
| Clayton B. Bruner, OBA No. 22079 | |
| PIGNATO, COOPER, | C. Scott Beuch, OBA No. 767 |
|  KOLKER & ROBERSON, P.C. | 2201 North Classen Boulevard |
| 119 North Robinson Avenue, 11th Floor | Oklahoma City, Oklahoma 73106 |
| Oklahoma City, Oklahoma 73102 | Telephone:   (405) 524-4333 |
| Telephone:   (405) 606-3333 | Facsimile:   (405) 524-4337 |
| Facsimile:   (405) 606-3334 | E-mail:   csbeuch@yahoo.com |
| E-mail:   jerry@pclaw.org | **ATTORNEYS FOR PLAINTIFF** |
|          clayton@pclaw.org | |
| **ATTORNEYS FOR DEFENDANT** | |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

      C. Scott Beuch, Esquire

                                        s/ Clayton B. Bruner
                                        For the Firm